Ashley M. Brettingen (SBN 315703)
abrettingen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:   310-909-8000
Facsimile:    310-909-8001

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TARGET CORPORATION; and DOES 1-10, and each of them,<br><br>    Defendants. | Case No. _____<br><br>(Honorable _____,<br>Courtroom "__")<br><br>**DEFENDANT TARGET CORPORATION'S NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>Removal Filed:    12/20/19<br>Motion Cut-Off:    TBA<br>Discovery Cut-Off: TBA |

NOTICE OF REMOVAL

Case No. _____

1026433\304848545.v1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** pursuant to the provisions of 28 U.S.C. sections 1331, 1367, 1441(a), and 1446, Defendant TARGET CORPORATION ("Target") hereby removes to this Court the state action currently pending in the Los Angeles County Superior Court of California, described more fully below:

1. On November 20, 2019, a civil action was filed in the Superior Court of the State of California, County of Los Angeles, entitled *Karla Uribe, individually and on behalf of others similarly situated v. Target Corporation, et al.*, as case number 19STLC10742. True and correct copies of all pleadings, process, and orders in said action are attached hereto as **Exhibit A** and incorporated herein.

2. Target's registered agent was personally served with a copy of the Summons and Complaint on or about November 22, 2019.

3. The United States District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges that Target violated the Fair Debt Collection Practices Act, 15 U.S.C § 1692, *et seq.*, and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which arise under federal law. (*See* Cmpl., ¶¶ 21-27 (sic)). The United States District Court has supplemental jurisdiction over the remaining claims in this action under the provisions of 28 U.S.C. § 1367.

4. In light of its pendency in Los Angeles County, the United States District Court for the Central District of California is the proper forum for removal under the provisions of 28 U.S.C. §§ 84(c) and 1441(a).

5. This Notice of Removal is filed within thirty days of service of the Complaint upon Target, and is thus timely under 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Los Angeles County Superior Court and served upon Plaintiff.

7. Target makes no admission of liability by this Notice of Removal and expressly reserves its right to raise all defenses and objections to Plaintiff's claims after the

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

action is removed to the above Court, including, without limitation, any objections to the merits and sufficiency of the pleadings asserted by Plaintiff, both individually and on behalf of the putative class.

DATED: December 20, 2019                    Hinshaw & Culbertson LLP

                                            By: */s/ Ashley M. Brettingen*
                                            Ashley M. Brettingen
                                            Attorneys for Defendant
                                            TARGET CORPORATION

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

2
NOTICE OF REMOVAL
Case No. _____
1026433\304848545.v1